IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MICHAEL FECI,** | Case No. 2:20-cv-00878-KJM-CKD |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT BURTON,** | |
| Respondent. | |

    Considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including May 3, 2023, to file a response to the petition for writ of habeas corpus.

Dated:  April 7, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE