UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL FECI, | No. 2:20-cv-00878-DJC-CKD P |
| Petitioner, | |
| v. | ORDER |
| ROBERT BURTON, | |
| Respondent. | |

Petitioner requested an extension of time to file objections to the June 17, 2024, Findings and Recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 70) is granted; and

2. Petitioner shall file objections to the findings and recommendations (ECF No. 69) within fifteen days from the date of this order.

Dated: June 28, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/feci0878.111

1